# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RANDY OWENS AND CHARLOTTE
OWENS, HUSBAND AND WIFE

VERSUS

K & K INSURANCE GROUP, INC.
AND SLIDELL BANTAM BASEBALL
ASSOCIATION

NO.  2025 CW 0627

OCTOBER 6, 2025

---

In Re:    Allied Trust Insurance Company, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 712512.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.**  The writ application failed to include
a copy of the pertinent minutes of the April 21, 2025 hearing on
defendant's motion for summary judgment, in violation of Rule 4-
5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing information noted above and documentation to show this
writ was timely, and must comply with Rule 2-12.2 of the Uniform
Rules of Louisiana Courts of Appeal.  Any new application must be
filed on or before November 5, 2025 and must contain a copy of
this ruling.

**HG**
**TPS**

**McClendon, C.J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT